**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 02-1925**

———————

LLOYD JUNIOR MAXWELL,

Plaintiff - Appellant,

versus

UNITED STATES DEPARTMENT OF JUSTICE; U.S.
IMMIGRATION & NATURALIZATION SERVICE; INS
DISTRICT DIRECTOR; LESLIE S. TURNER, A. D. C.;
LINDA DOMINQUEZ, A. D. C.; JILL H. DUFRESNE,
Judge,

Defendants - Appellees.

———————

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  Frederic N. Smalkin, Senior District
Judge.  (CA-02-1675-S)

———————

Submitted:  July 29, 2004          Decided:  August 3, 2004

———————

Before LUTTIG, MICHAEL, and DUNCAN, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Lloyd Junior Maxwell, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Lloyd Junior Maxwell appeals the district court's order denying relief on his action filed under the Federal Tort Claims Act and <u>Bivens v. Six Unknown Named Agents of the Fed. Bureau of Narcotics</u>, 403 U.S. 388 (1971). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>See</u> <u>Maxwell v. United States Dep't of Justice</u>, No. CA-02-1675-S (D. Md. June 26, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>